

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2016

No. 04-16-00587-CV

**IN THE INTEREST OF C.R-A.A., A CHILD**,

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15189A
The Honorable Cathy Morris, Judge Presiding

# O R D E R

The court reporter's notification of late record is hereby GRANTED. Time is extended to October 6, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court